**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Christopher R. ELY, Defendant–**
**Appellant.**

No. 09–11838

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 9, 2010.

Before TJOFLAT, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Michael R. Howard, appointed counsel for Christopher R. Ely in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ely's conviction and sentence are **AFFIRMED**.